IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | No. C 07-6105 MJJ (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| THE BELTWAY SNIPERS, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner proceeding pro se, filed this pro se complaint under 42 U.S.C. § 1983 against "The Beltway Snipers," John Muhammad, Lee Malvo, and Chief Charles Moose.

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988). To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42, 48 (1988).

Plaintiff alleges that "because of Defendants' reckless endangerment from shooting

G:\PRO-SE\MJJ\CR.07\riches44.dsm.wpd

like John Wayne at Mobil Stations and Home Depots," plaintiff was subjected to a stop and search on a nearby highway. Plaintiff alleges defendant Malvo plans to "shoot me with steroids," that defendant Muhammad "is working with Al-qaeda and Ramzi Yusef to destroy and sniper U.S. prisons." He further alleges that "Defendants plan to add me on Craigslist which I suffered 192 heart attacks from being scared." Plaintiff seeks ten million dollars in damages, a restraining order, and "the amputation of Defendants' fingers." As plaintiff's allegations are clearly baseless, irrational or wholly incredible, the complaint will be dismissed as frivolous under sections 1915A and 1915(e)(2).

For the foregoing reasons, this action is DISMISSED.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/18/07

MARTIN J. JENKINS
United States District Judge