**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk                415.522.2000

January 23, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-06105 MJJ**

**CASE TITLE: JONATHAN L. RICHES-v-BELTWAY SNIPERS**

USCA Case Number:

Dear Sir/Madam:

      Enclosed is the Notice of Appeal and Certificate of Record in the above captioned case.

Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                                                Sincerely,

                                                RICHARD W. WIEKING, Clerk

                                                by:  Simone Voltz
                                                Case Systems Administrator

cc:  Counsel of Record